454 A.2d 169

Guarrera, et al. v. Bogosian, Appellants.

Petition for Allowance of Appeal
Denied March 22, 1983.

620

 Argued September 15, 1981. Leo A. Hackett, for appellant; Harvey A. Sernovitz, for appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.